Form 8

FORM 8. Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Clerisy Corp, et al.    v. Airware Holdings, Inc., et al.

No. 14-1211

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Airware Holdings, Inc. and Crown Dynamics Corp.
                                      Name of party

I am, or the party I represent is (select one):

[✓] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[ ] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Paul J. Robbennolt
Law firm: Winthrop & Weinstine, P.A.
Address: 225 South Sixth Street, Suite 3500
City, State and ZIP: Minneapolis, MN 55402
Telephone: 612-604-6761
Fax #: 612-604-6800
E-mail address: probbennolt@winthrop.com; tkimmel@winthrop.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1/8/04

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

1/22/14
Date

_Paul Robbennolt_
Signature of pro se or counsel

cc: _____

123

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Clerisy Corporation v. Airware Holdings Incorporated

No. 14-1211

## CERTIFICATE OF SERVICE

      I, Paul J. Robbennolt, attorney for Appellant Airware Holdings Incorporated, hereby certify that I caused the **Entry of Appearance of Paul J. Robbennolt, Esq.** to be filed electronically with the Clerk of Courts through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Frederick JM Price
Bond Schoeneck & King PLLC - Syracuse, NY
1 Lincoln Ctr., Ste. 1800
Syracuse, NY 13202-1355
fjprice@bsk.com

Jeremy P Oczek
Katie I. Ried
Bond Schoeneck & King PLLC - Buffalo, NY
Key Center
40 Fountain Plz., Ste. 600
Buffalo, NY 14202-2200
jpoczek@bsk.com
kreid@bsk.com

Dated: January 23, 2014

      Winthrop & Weinstine, P.A.

      /s/Paul J. Robbennolt
      Devan V. Padmanabhan
      Paul J. Robbennolt
      Michelle E. Dawson

      225 South Sixth Street, Suite 3500
      Minneapolis, MN 55402
      (612) 604-6400

      *Attorneys for Appellants*

8718907v1