Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Clerisy Corp, et al. v. Airware Holdings, Inc., et al.

No. 14-1211

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se　　[✓] As counsel for:　Airware Holdings, Inc. and Crown Dynamics Corp.
　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

[✓] Petitioner　[ ] Respondent　[ ] Amicus curiae　[ ] Cross Appellant
[ ] Appellant　[ ] Appellee　[ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant　[ ] Respondent or appellee

My address and telephone are:

Name: Michelle E. Dawson
Law firm: Winthrop & Weinstine, P.A.
Address: 225 South Sixth Street, Suite 3500
City, State and ZIP: Minneapolis, MN 55402
Telephone: 612-604-6761
Fax #: 612-604-6800
E-mail address: mdawson@winthrop.com; aarce@winthrop.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/28/11

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes　[✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

1/22/14
Date

Signature of pro se or counsel

cc: _____

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Clerisy Corporation v. Airware Holdings Incorporated

No. 14-1211

**CERTIFICATE OF SERVICE**

      I, Paul J. Robbennolt, attorney for Appellant Airware Holdings Incorporated, hereby certify that I caused the **Entry of Appearance of Michelle E. Dawson, Esq.** to be filed electronically with the Clerk of Courts through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Frederick JM Price
Bond Schoeneck & King PLLC - Syracuse, NY
1 Lincoln Ctr., Ste. 1800
Syracuse, NY 13202-1355
fjprice@bsk.com

Jeremy P Oczek
Katie I. Ried
Bond Schoeneck & King PLLC - Buffalo, NY
Key Center
40 Fountain Plz., Ste. 600
Buffalo, NY 14202-2200
jpoczek@bsk.com
kreid@bsk.com

| | |
|---|---|
| Dated: January 23, 2014 | Winthrop & Weinstine, P.A. |
| | /s/Paul J. Robbennolt |
| | Devan V. Padmanabhan |
| | Paul J. Robbennolt |
| | Michelle E. Dawson |
| | |
| | 225 South Sixth Street, Suite 3500 |
| | Minneapolis, MN 55402 |
| | (612) 604-6400 |
| | |
| | *Attorneys for Appellants* |

8719178v1